IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 1:18-CV-3138 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JONATHAN H. PISER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

COMPLAINT

The United States of America, with the authorization of the Secretary of the Treasury and at the direction of the Attorney General, brings this action under 31 U.S.C. § 3711(g)(4)(C) to collect an outstanding civil penalty assessed against Jonathan H. Piser for his failure to timely report his financial interest in and signature authority over a foreign bank or other financial account as required by 31 U.S.C. § 5314 and its implementing regulations. In support of its complaint, the United States alleges as follows:

Jurisdiction and Venue

1. The Court has jurisdiction over this action under 28 U.S.C. §§ 1331, 1345, and 1355(a).

2. Jonathan H. Piser resides within the jurisdiction of this Court.

3. The Northern District of Illinois is the proper venue for this action under 28 U.S.C. §§ 1391(b)(1) and 1395(a) because the defendant resides in that District.

<u>Count I – Reduce FBAR Penalty Assessment against Jonathan H. Piser to Judgment</u>

4. Jonathan H. Piser is and was a "United States person" within the meaning of 31 C.F.R. § 1010.350 at all times relevant to this action.

5. During calendar years 2009, 2010, 2011, and 2012, Jonathan H. Piser had a financial interest in and signature authority over bank or other financial accounts at Credit Agricole (Suisse) SA in Switzerland (the "Credit Agricole Account").

6. The aggregate value of the Credit Agricole Account exceeded $10,000 at all times during 2009, 2010, 2011, and 2012.

7. Jonathan H. Piser failed to timely file Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts (hereinafter "FBAR"), in 2009, 2010, 2011, and 2012, reporting his financial interest in and signature or other authority over the Credit Agricole Account.

8. On May 20, 2016, civil penalties in the following amounts were assessed against Jonathan H. Piser pursuant to 31 U.S.C. § 5321 for his failure to timely report his financial interest in and signature authority over the Credit Agricole Account during 2009, 2010, 2011, and 2012 (hereinafter the "FBAR Penalty"):

| **Year** | **Penalty** |
|---|---|
| 2009 | $10,000 |
| 2010 | $10,000 |
| 2011 | $10,000 |
| 2012 | $10,000 |

9. At the time of Jonathan H. Piser's violations of the reporting requirement with respect to foreign financial accounts maintained during 2009, 2010, 2011, and 2012, the aggregate balances in the Credit Agricole Account were as follows:

| Year | Balance |
|---|---|
| 2009 | $3,753,340 |
| 2010 | $2,980,915 |
| 2011 | $1,767,284 |
| 2012 | $1,291,686 |

10. By letter dated March 28, 2016, the Internal Revenue Service notified Jonathan H. Piser of the proposed FBAR Penalty assessment.

11. On April 25, 2016, Jonathan H. Piser signed a Form 13449, Agreement to Assessment and Collection of Penalties Under 31 U.S.C. §§ 5321(a)(5) and (6).

12. The FBAR assessments were made on May 20, 2016.

13. By letter dated May 25, 2016, the Internal Revenue Service notified Jonathan H. Piser of the FBAR Penalty assessment and demanded payment of the penalty.

14. The balance due on the FBAR Penalty assessed against Jonathan H. Piser, along with statutory additions and interest, including a late-payment penalty assessed pursuant to 31 U.S.C. § 3717(e)(2), was $41,743.13 as of May 4, 2017.

WHEREFORE, the United States requests that this Court:

(1) enter judgment in favor of the United States and against Jonathan H. Piser in the amount of $41,743.13, plus statutory additions and interest from May 4, 2017, for the unpaid FBAR Penalty assessed against him; and

(2) Grant any other such relief that the Court deems just and proper.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General


*/s/ Jordan A. Konig*
JORDAN A. KONIG
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
202-305-7917 (v)
202-514-5238 (f)
Jordan.A.Konig@usdoj.gov

Of Counsel:

John R. Lausch, Jr.
United States Attorney
Northern District of Illinois

# CIVIL COVER SHEET

The ILND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(See instructions on next page of this form.)*

## I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
Jonathan H. Piser

**(b)** County of Residence of First Listed Plaintiff
*(Except in U.S. plaintiff cases)*

County of Residence of First Listed Defendant: Cook
*(In U.S. plaintiff cases only)*
Note: In land condemnation cases, use the location of the tract of land involved.

**(c)** Attorneys *(firm name, address, and telephone number)*
Jordan A. Konig, U.S. Department of Justice Tax Division,
P.O. Box 55, Washington, DC 20044, (202) 305-7917

Attorneys *(if known)*

## II. BASIS OF JURISDICTION *(Check one box, only.)*
- [x] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government not a party)*
- [ ] 4 Diversity *(Indicate citizenship of parties in Item III.)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only.)*
*(Check one box, only for plaintiff and one box for defendant.)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Check one box, only.)*

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**PRISONER PETITIONS**
- 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- 530 General
- 535 Death Penalty
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee – Conditions of Confinement

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent – Abbreviated New Drug Application
- 840 Trademark

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729 (a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**CIVIL RIGHTS**
- 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**IMMIGRATION**
- 462 Naturalization Application
- 463 Habeas Corpus - Alien Detainee (Prisoner Petition)
- 465 Other Immigrant Actions

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- [x] 690 Other

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAXES**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

## V. ORIGIN *(Check one box, only.)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation
- [ ] 8 Multidistrict Litigation Direct File

## VI. CAUSE OF ACTION
(Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)
31 U.S.C. § 5321 (reduce FBAR penalty assessments to judgment)

## VII. Previous Bankruptcy Matters
(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)

## VIII. REQUESTED IN COMPLAINT:
- [ ] Check if this is a **class action** under Rule 23, F.R.CV.P.
- DEMAND $ $41,743.13
- Check Yes only if demanded in complaint.
- JURY DEMAND: ☐ Yes ☒ No

## IX. RELATED CASE(S) IF ANY *(See instructions)*
Judge: 
Case Number:

## X. Is this a previously dismissed or remanded case?
☐ Yes ☒ No  If yes, Case #
Name of Judge:

Date: 05/02/2018

Signature of attorney of record: /s/ Jordan A. Konig